**Order entered February 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01388-CV

### PREMIER POOLS MANAGEMENT CORP. AND SHAN POOLS, INC. D/B/A PREMIER POOLS AND SPAS, Appellants

### V.

### PREMIER POOLS, INC., Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07182**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

We **DENY** appellants' motion to decrease the supersedeas bond. Pursuant to this Court's

order dated November 12, 2014, the stay is lifted.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE